March 18, 1977.

M. P. No. 76-425. STATE *v.* A. CAPUANO BROTHERS, INC. *et al.* Motion of State for extension of time to file its brief is granted and said brief shall be filed on or before April 18, 1977. There will be no further extension granted in this case. Bevilacqua, C.J. not participating. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, for plaintiff. *Paul J. Pisano, Anthony DiPetrillo,* for defendants.

M. P. No. 77-20. EVERETT A. DAVIS *v.* RHODE ISLAND BOARD OF REGENTS FOR EDUCATION *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. The parties are directed to brief and argue the issue, among the other issues in the case, as to whether there has been unreasonable and unexplainable delay in seeking relief. See *Fournier* v. *Standard Wholesale Co.,* 108 R.I. 744, 279 A.2d 403 (1971). Bevilacqua, C.J. not participating. *Urso and Adamo, Natale L. Urso,* for petitioner. *Swan, Jenckes, Asquith and Davis, Harry W. Asquith, Edward W. Moses,* for School Committee of the Town of Lincoln. *Howard R. Haronian,* for Board of Regents for Education, respondents.

M. P. No. 77-49. GILBANE BUILDING COMPANY *v.* VINCENT CIANCI, JR. *et al.* Motion of the defendant, Capaldi Bros. Corporation-Campanella Corporation, for a stay of the judgment below pending appeal, is granted on the condition that the defendant furnish a bond, with surety, in the amount of $750,000, forthwith. Mr. Justice Kelleher is of the opinion that a stay should not be granted in this case. Bevilacqua, C.J. not participating. *John T. Walsh, Jr.,* for plaintiff. *Abedon & Visconti Ltd., Girard R. Visconti,* for Capaldi Bros. Corporation-Campanella Corporation. *Ronald H. Glantz,* Acting City Solicitor, for defendants.